# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 18, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147778 & (15)

ZAKWAN MAHJOUB, M.D.,
       Plaintiff/
       Counter-Defendant/Appellant,

v

CARDIOLOGY AND VASCULAR
ASSOCIATES, P.C.,
       Defendant/Counter-Plaintiff/
       Third-Party Plaintiff-Appellee,
and

KIRIT PATEL, M.D., NISHIT CHOKSI, M.D.,
MICHELE DEGREGORIO, M.D., ABDUL
HALABI, M.D., HASAN AS ABDUL HASAN,
M.D., RAJIV NAIR, M.D., RUSSEL
STEINMAN, M.D., SHARATH CHANDRA,
M.D., DIVAKAR PAI, M.D., JAMES ALUIA,
645 BARCLAY ASSOCIATES, L.L.C., and
43344 WOODWARD, L.L.C.,
       Defendants,
and

JOE H. YUN, M.D., RAJENDRA PRASAD,
M.D., and ADVANCED CARDIOLOGY
ASSOCIATES, P.C.,
       Third-Party Defendants.

SC: 147778
COA: 317489
Oakland CC: 12-130133-CK

_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 24, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 18, 2013



t1015

Clerk